Claude Carr  (CDCR# 822561)
_____
Name and Prisoner/Booking Number

CCI - Tehachapi
_____
Place of Confinement

4B-6B-110L P.O. Box 1906
_____
Mailing Address

Tehachapi, Ca 93581
_____
City, State, Zip Code

**(Failure to notify the Court of your change of address may result in dismissal of this action.)**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

Claude Carr
_____ , )
(Full Name of Plaintiff)                          )
                      Plaintiff,                   )
                                                   )
            v.                                     )   CASE NO. 1:17-cv-01769 GSA (PC)
CALIFORNIA DEPARTMENT OF CORRECTIONS )  (To be supplied by the Clerk)
(1) AND REHABILITATION (C.D.C.R) ___ , )
(Full Name of Defendant)                           )
                                                   )
(2) PRISON INDUSTRY AUTHORITY (P I A) ___ , )
                                                   )   **CIVIL RIGHTS COMPLAINT**
(3) Ted Pruitt (PIA-Supervisor) ___ , )            **BY A PRISONER**
                                                   )   ✓ Jury Trial Demanded
(4) _____ , )           ☑ Original Complaint
                      Defendant(s).                )   ☐ First Amended Complaint
☐ Check if there are additional Defendants and attach page 1-A listing them. )  ☐ Second Amended Complaint

## A. JURISDICTION

1.   This Court has jurisdiction over this action pursuant to:

      ☑ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983

      ☐ 28 U.S.C. § 1331; <u>Bivens v. Six Unknown Federal Narcotics Agents</u>, 403 U.S. 388 (1971).

      ☐ Other: _____.

2.   Institution/city where violation occurred: Substance Abuse Treatment facility (SATF) .

## B. DEFENDANTS

1. Name of first Defendant: CA. DEPT. CORR. REHA (CDCR) . The first Defendant is employed as:
   Corporation _____ at _____ .
             (Position and Title)                                     (Institution)

2. Name of second Defendant: PRISON INDUSTRY AUTHORITY . The second Defendant is employed as:
   corporation _____ at Substance Treatment facility .
             (Position and Title)                                     (Institution)

3. Name of third Defendant: Ted Pruitt . The third Defendant is employed as:
   ( PIA ) Supervisor _____ at Substance Abuse Treatment facility .
             (Position and Title)                                     (Institution)

4. Name of fourth Defendant: _____ . The fourth Defendant is employed as:
   _____ at _____ .
             (Position and Title)                                     (Institution)

**If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.**

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner? ☑ Yes    ☐ No

2. If yes, how many lawsuits have you filed? **3** . Describe the previous lawsuits:

  a. First prior lawsuit:
    1. Parties: Carr _____ v. Riverside Sheriffs Dept
    2. Court and case number: ?? Southern District .
    3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) Settlement
    _____ .

  b. Second prior lawsuit:
    1. Parties: Carr _____ v. CWCR et al
    2. Court and case number: 17C0183 : Kings Superior Court .
    3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) Pending
    _____ .

  c. Third prior lawsuit:
    1. Parties: CArr _____ v. Alcala
    2. Court and case number: ? .
    3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____
    Dismissed .

**If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.**

## D. CAUSE OF ACTION

### CLAIM I

1. State the constitutional or other federal civil right that was violated: 8th Amendment of the United States Constition (Cruel and unusual Punishment)

2. **Claim I.** Identify the issue involved. Check **only one**. State additional issues in separate claims.

☐ Basic necessities    ☐ Mail    ☐ Access to the court    ☐ Medical care

☐ Disciplinary proceedings    ☐ Property    ☐ Exercise of religion    ☐ Retaliation

☐ Excessive force by an officer    ☐ Threat to safety    ☑ Other: Cruel and unusual Punishment.

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

(CDCR), is owned and operated by the state of California, and it operates several State Prisons that houses Prisoners under it's care, custody and Jurisdiction, and is responsible for the Safe keeping of all Prisoners under its Jurisdiction, as well as assigning Jobs to Prisoners, including to (PIA). (CDCR), IN authorizing (PIA) to operate within it's Prisons, and employ its Prisoners as a Workforce, is also tasked with the responsibility of ensuring that (PIA), Maintain safe working conditions, including, any and all Machinery/equipement, Necessary for Prisoners to Safely perform assign-ments, including Plaintiff, when (CDCR) allowed for (PIA) to ignore the degenerated and dangerous condition of the compacting machinery, to the point it was inoperable on the day Plaintiff sustained his injuries (6-21-17), when, on threat of disciplinary and termination, (PIA) Supervisor Ted Pruitt compelled Plaintiff to Manually, compact lift, and stack into Pallets, bags of compacted Plastic weighing between 90-150 pounds each, without the aide of the compacting machinery, it (CDCR) To, became responsible for allowing Plaintiff to be subjected to wanton and unnecessary infliction of pain. The mere fact that Plaintiffs assignment required compacting Machinery, is evidence enough that the actual labor was beyond Plaintiffs strenght, and attempting to (Cont) (Cont: 3B)

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

On 6-21-16, while Plaintiff was Performing his Job assignment as waste manager in the (PIA) Food & Beverage Shop at Substance Abuse Treatment Facility (SATF), Plaintiff was compelled by (PIA) supervisor Ted Pruitt, (Cont: 4 Injury)

5. **Administrative Remedies:**

a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?    ☑ Yes    ☐ No

b. Did you submit a request for administrative relief on Claim I?    ☑ Yes    ☐ No

c. Did you appeal your request for relief on Claim I to the highest level?    ☑ Yes    ☐ No

d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

_____.

3. SUPPORTING FACTS

1 Perform this assignment without Compacting Machinery would, and did

2 endanger his Safety and Health; is cruel and unusual, and did, result

3 in Plaintiff Sustaining injuries to his back, Neck, and genital area's,

4 requiring on-going medical treatment for the undue, continued, severe

5 Pain, suffering and discomfort, that Could have been avoided had

6 (CDCR) ensured that (PIA), followed state and federal guidelines,

7 laws, statutes, Policies, Practices, regulations and Procedures Put in

8 Place for Maintaining a Safe Work enviornment and Conditions,

9 including Machinery/eguipement, and to avoid the type of

10 injuries Plaintiff sustained and Continues to suffer from, and

11 receive treatment for, of which Defendants have accepted liability.

12 (Ex "A"), (Ex "B")

13

14 (PIA), Is also owned and operated by the State of California

15 and its agents on behalf of the State of California. (PIA) employs

16 State Prisoners Confined under the State Jurisdiction of (CDCR).(PIA),

17 also has a legal duty, and obligation, to Maintain a safe work

18 enviornment and Conditions, and Maintain the up-keep of any and

19 all eguipement/Machinery necessary to Maintain a Safe work enviorn-

20 ment for the employees, including Prisoners, and to follow all

21 state and federal laws, Statutes, CDCR rules, regulations, Policies,

22 Practices and Procedures. However, Due to the Deliberate Indiffer-

23 ence of (PIA) to state and federal laws, statutes, CDCR rules,

24 regulations, Policies, Practices and Procedures, as well as the Health

25 and safety of Plaintiff, with regard to Maintaining a safe

26 work enviornment and Conditions, including Machinery/eguipement,

27 Necessary to Safely Perform his waste Management assignment,

(CONT: 3C)

3B

3. SUPPORTING FACTS

1  Plaintiff was subjected to wanton and unnecessary infliction of
2  Pain, when, he was compelled, on 6·21·16, on threat of disciplinary
3  and termination, by (PIA) Supervisor Ted Pruitt, to manually Per-
4  form the labors of the Compacting Machinery, which were, to
5  compact, lift, and aid in the stacking onto Pallets, bags of
6  compacted plastic weighing between 90-150 pounds each, which
7  resulted in Plaintiff sustaining injuries to his back, neck, and
8  genital areas, requiring on going medical treatment for the
9  undue, continued, severe Pain, suffering and discomfort, which
10 Could have been avoided had (PIA), followed state and feder-
11 al guidelines, laws, statutes, CDCR rules, regulations, Policies,
12 Practices and Procedures, Put in Place to Maintain a Safe work
13 enviornment and conditions, including Machinery/equipement.
14 By not doing so, (PIA), allowed for Plaintiff to be subjected
15 to a cruel and unusual Punishment, which resulted in Plaintiff
16 Sustains the aforementioned injuries, and continues to suffer from,
17 and receive treatment for, of which Defendants have accepted
18 liability. (Ex "A"), (Ex "B").

19

20 the actions and inactions of (PIA) Supervisor Ted Pruitt, in failing
21 or refusing to follow state and federal laws, statutes, PIA, CDCR,
22 Rules, regulations, Policies, Practices and Procedures, were Malicious,
23 and harmful to Plaintiffs health and safety, and unJustified. The
24 deliberate indifference to Plaintiffs health and safety, Malice,
25 and lack of Correct Supervision as a (PIA) Supervisor, and Failure
26 or refusal to Properly repair, replace, Maintain equipement maintanance,
27 To ensure a Constitutionally hazardous free enviornment for all

(CONT: 3 D)

3 C

3. Supporting facts

1  (PIA) employees, including Plaintiff, were malicious, negligent, and
2  did not advance any legitimate penological correctional goals, and
3  did violate Plaintiffs right to be free from cruel and unusual
4  punishment afforded him under the 8th Amendment of the United
5  States Constitution, and did subject Plaintiff to wanton and
6  unnecessary infliction of pain, when, on 6-21-16, (PIA) super-
7  visor Ted Pruitt, compelled him on threat of disciplinary and
8  termination, to manually perform the labors of the compacting
9  Machinery, which resulted in Plaintiff sustaining injuries to
10  his back, neck, and genital areas, which Plaintiff continues to
11  suffer from, and receive treatment for. Defendants have
12  accepted liability for Plaintiffs injuries. (Ex "A"); (Ex "B").
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27



4. Injury

1  on threat of disciplinary and termination, to Manually. Compact. lift.
2  and to stack onto Pallets, bags of Compacted Plastic, weighing
3  between 90-150 Pounds each, without the aid of the Compacting
4  Machinery, which had Not been Properly Maintenanced Since
5  2007 (Expiration date on Compacting Machinery as of 6·21·16)
6  and had not been in operational or workable Condition. approx-
7  imately 3-4 weeks Prior to, and on 6·21·16. As a result of
8  the willful Negligence of defendants to maintain a safe work
9  environment and Conditions, including Machinery/equipement.
10  and the deliberate indifference to the Health & Safety of the
11  Plaintiff by instructing him to Manually Perform the labors
12  of the Compacting Machinery, Plaintiff Sustained Serious injuries
13  to his back, neck, and genital area's, requiring on-going,
14  Medical treatment for the undue, continued, Severe Pain, Suffer-
15  ing and discomfort, which Could have been avoided had State
16  and federal guidelines, laws, Statutes, Policies, Practices, regulat-
17  ions and Procedures been followed by the Named defendants,
18  whom have accepted liability for the injuries Plaintiff sustain-
19  ed. (Ex "A"); (Ex "B")
20
21
22
23
24
25
26
27



## CLAIM II

1.   State the constitutional or other federal civil right that was violated: _____
_____.

2.   **Claim II.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
- ☐ Basic necessities
- ☐ Mail
- ☐ Access to the court
- ☐ Medical care
- ☐ Disciplinary proceedings
- ☐ Property
- ☐ Exercise of religion
- ☐ Retaliation
- ☐ Excessive force by an officer
- ☐ Threat to safety
- ☐ Other: _____.

3.   **Supporting Facts.** State as briefly as possible the FACTS supporting Claim II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

4.   **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

_____
_____
_____.

5.   **Administrative Remedies.**
   a.   Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?                                                                              ☐ Yes  ☐ No
   b.   Did you submit a request for administrative relief on Claim II?                    ☐ Yes  ☐ No
   c.   Did you appeal your request for relief on Claim II to the highest level?       ☐ Yes  ☐ No
   d.   If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____
_____.

4

## CLAIM III

1. State the constitutional or other federal civil right that was violated: _____
_____.

2. **Claim III.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____.

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
_____
_____
_____.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?   ☐ Yes   ☐ No
   b. Did you submit a request for administrative relief on Claim III?   ☐ Yes   ☐ No
   c. Did you appeal your request for relief on Claim III to the highest level?   ☐ Yes   ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____
_____.

**If you assert more than three Claims, answer the questions listed above for each additional Claim on a separate page.**

## E.  REQUEST FOR RELIEF

State the relief you are seeking:

(1) That Damages in the Amount of $100.000.00 (one Hundred thousand) be awarded to Plaintiff against (CDCR), Punitive; compensatory

(2) That Damages in the amount of $100.000.00 (one Hundred thousand) be awarded to Plaintiff against (PIA), PuNitive; compensatory

(3) That Damages in the amount of $100.000.00 (one Hundred thousand) be awarded. To plaintiff against (Ted Pruitt ; (PIA·Supervisor), PuNitive; compensatory

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  12·22·17
                    DATE                                                SIGNATURE OF PLAINTIFF

_____
(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

_____
(Signature of attorney, if any)
_____
_____
_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form.  If you need more space you may attach more pages, but you are strongly encouraged to limit your complaint to twenty-five pages.  If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages. Remember, there is no need to attach exhibits to your complaint.