UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAUDE CARR,<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,<br><br>Defendants. | No. 1:17-cv-01769-DAD-SAB<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DISMISSING CERTAIN DEFENDANTS DUE TO ELEVENTH AMENDMENT IMMUNITY<br><br>(Doc. No. 11) |

Plaintiff Claude Carr is appearing *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302 of this court.

On May 7, 2018, the assigned magistrate judge issued findings and recommendations recommending that this action proceed on plaintiff's claim against defendant Pruitt for deliberate indifference in violation of the Eighth Amendment, and that the remaining defendants, the California Department of Corrections and Rehabilitation and the Prison Industry Authority, be dismissed based on Eleventh Amendment immunity. (Doc. No. 11.) Those findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within thirty days after service. (*Id*. at 5.) That deadline has passed, and no objections have been filed.

1

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), the undersigned has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the undersigned concludes the findings and recommendations are supported by the record and by proper analysis.

Accordingly:

1. The findings and recommendations issued on May 7, 2018 (Doc. No. 11) are adopted in full;
2. This action shall proceed on plaintiff's claim against defendant Pruitt for deliberate indifference in violation of the Eighth Amendment;
3. The California Department of Corrections and Rehabilitation and the Prison Industry Authority are dismissed, based on Eleventh Amendment immunity; and
4. This matter is referred back to the assigned magistrate judge for further proceedings consistent with this order.

IT IS SO ORDERED.

Dated: **August 6, 2018**

UNITED STATES DISTRICT JUDGE