UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAUDE CARR,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>TED PRUITT,<br><br>　　　　　　Defendant. | No. 1:17-cv-01769-DAD-SAB<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING MOTION TO REVOKE *IN FORMA PAUPERIS* STATUS<br><br>(Doc. Nos. 23, 27) |

　　Plaintiff Claude Carr is proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. (Doc. Nos. 1, 7.) The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　On December 11, 2018, defendant Ted Pruitt filed a motion to revoke plaintiff's *in forma pauperis* status under 28 U.S.C. § 1915(g). (Doc, No. 23.) On February 6, 2019, the assigned magistrate judge issued findings and recommendations, recommending that defendant's motion to revoke plaintiff's *in forma pauperis* status be denied. (Doc. No. 27.) The findings and recommendations were served on the parties and contained notice that any objections were to be filed within thirty days after service. (*Id.* at 4.) To date, no objections to the findings and recommendations have been filed, and the time in which to do so has now passed.

/////

/////

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the undersigned concludes the findings and recommendations are supported by the record and by proper analysis.

Accordingly,

1. The findings and recommendations issued on February 6, 2019 (Doc. No. 27) are adopted in full;
2. Defendant's motion to revoke plaintiff's *in forma pauperis* status (Doc. No. 23) is denied; and
3. This matter is referred back to the assigned magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated: **May 21, 2019**

UNITED STATES DISTRICT JUDGE