# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAUDE CARR,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>TED PRUITT,<br><br>　　　　　　Defendant. | Case No. 1:17-cv-01769-DAD-SAB (PC)<br><br>ORDER DENYING AS MOOT PLAINTIFF'S MOTION FOR COPIES<br><br>(ECF No. 32) |

Plaintiff Claude Carr is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

Currently before the Court is Plaintiff's motion for copies, filed on June 11, 2019. (ECF No. 32.) In his motion, Plaintiff requests that the Court send him a new copy of the discovery and scheduling order in this case because his copy of the order was lost when he was transferred to a new prison.

However, on June 12, 2019, after receiving Plaintiff's notice of change of address, the Court re-served copies of several orders recently made by the Court, including a copy of the discovery and scheduling order, on Plaintiff at his new address of record. Accordingly, Plaintiff's motion for copies, (ECF No. 32), is HEREBY DENIED as moot.

IT IS SO ORDERED.

Dated:　**June 13, 2019**　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1