**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CLAUDE CARR, | Case No. 1:17-cv-01769-DAD-SAB (PC) |
| Plaintiff, | |
| v. | ORDER VACATING JULY 31, 2019 ORDER AND WRIT OF HABEAS CORPUS AD TESTIFICANDUM AS TO INMATE CLAUDE CARR, CDCR # E-22561 |
| TED PRUITT, | |
| Defendant. | (ECF No. 37) |

On July 8, 2019, the Court issued an order referring this case to post-screening Alternative Dispute Resolution and setting this case for a settlement conference before Magistrate Judge Barbara A. McAuliffe on August 29, 2019, at 9:30 a.m. (ECF No. 35.)

On July 31, 2019, the Court issued an order and writ of habeas corpus ad testificandum directed to the Warden of Richard J. Donovan Correctional Facility to transport Plaintiff to the August 29, 2019 settlement conference. (ECF No. 37.) On July 31, 2019, Plaintiff's address of record indicated that he was housed at the Richard J. Donovan Correctional Facility.

However, on August 5, 2019, Plaintiff filed a notice of change of address stating that, as of July 31, 2019, he had been transferred from the Richard J. Donovan Correctional Facility to California Substance Abuse Treatment Facility and State Prison, Corcoran. (ECF No. 38.) Hence, it appears that, on July 31, 2019, when the Court issued the order and writ of habeas corpus ad testificandum, Plaintiff was no longer in the custody of the Warden of Richard J. Donovan Correctional Facility.

Therefore, the Court orders that the July 31, 2019 order and writ of habeas corpus ad testificandum directed to the Warden of Richard J. Donovan Correctional Facility, (ECF No. 37), is HEREBY VACATED. The Court will issue a new order and writ of habeas corpus ad testificandum directed to the Warden of California Substance Abuse Treatment Facility and State Prison, Corcoran in due course.

IT IS SO ORDERED.

Dated: **August 8, 2019**

UNITED STATES MAGISTRATE JUDGE