

FILED
AUG 29 2019
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ ev
DEPUTY CLERK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

CLAUDE CARR, ) Case No.: 1:17-cv-01769-DAD-SAB (PC)
)
    Plaintiff, )
) ORDER THAT INMATE CLAUDE CARR IS NO
v. ) LONGER NEEDED AS A WITNESS IN THESE
) PROCEEDINGS, AND THE WRIT OF HABEAS
TED PRUITT, ) CORPUS AD TESTIFICANDUM IS
) DISCHARGED
    Defendant. )
)
_____)

    Plaintiff Claude Carr is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

    A settlement conference in this matter commenced on August 29, 2019. Inmate Claude Carr, CDCR #E-22561, is no longer needed by the Court as a witness in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

IT IS SO ORDERED.

DATE: 8/29/19

UNITED STATES MAGISTRATE JUDGE