# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAUDE CARR,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TED PRUITT,<br><br>　　　　　Defendant. | Case No.: 1:17-cv-01769-DAD-SAB (PC)<br><br>ORDER LIFTING STAY OF PROCEEDINGS<br><br>AMENDED DISCOVERY AND SCHEDULING ORDER |

Plaintiff Claude Carr is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

This action proceeds on Plaintiff's claim against Defendant Ted Pruitt for deliberate indifference in violation of the Eighth Amendment. (ECF No. 14.)

On May 23, 2019, the Court issued the discovery and scheduling order. (ECF No. 30.)

On July 8, 2019, the Court identified this case as an appropriate case for the post-screening ADR (Alternative Dispute Resolution) project and stayed the action to allow the parties an opportunity to settle their dispute before the discovery process begins. (ECF No. 35.)

On August 29, 2019, a settlement conference was held before Magistrate Judge Barbara A. McAuliffe. The case did not settle. Therefore, this case is now ready to proceed, and the discovery and scheduling order will be amended.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The stay of this action, (ECF No. 35), is LIFTED;
2. The deadline for filing motions for summary judgment for failure to exhaust administrative remedies is **November 4, 2019**;
3. The deadline to amend the pleadings is **January 22, 2020**;
4. The discovery deadline is **March 23, 2020**;
5. The dispositive motion deadline is **June 2, 2020**; and
6. All other provisions of the Court's May 23, 2019 discovery and scheduling order, (ECF No. 30), remain in full force and effect.

IT IS SO ORDERED.

Dated: **September 4, 2019**

UNITED STATES MAGISTRATE JUDGE