# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAUDE CARR,<br><br>        Plaintiff,<br><br>    v.<br><br>TED PRUITT,<br><br>        Defendant. | Case No.: 1:17-cv-01769-DAD-SAB (PC)<br><br>ORDER DIRECTING DEFENDANT TO FILE RESPONSE TO PLAINTIFF'S MOTION FOR AN ORDER COMPELLING DISCOVERY<br><br>(ECF No. 49)<br><br>**FOURTEEN (14) DAY DEADLINE** |

    Plaintiff Claude Carr is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. This action proceeds on Plaintiff's claim against Defendant Ted Pruitt for deliberate indifference in violation of the Eighth Amendment. (ECF No. 14.)

    Currently before the Court is Plaintiff's motion for an order compelling discovery, filed and served pursuant to the prison mailbox rule on December 8, 2019 and docketed on December 12, 2019. (ECF No. 49.) In his motion, Plaintiff moves the Court for an order compelling Defendant to provide Plaintiff with initial responses to Plaintiff's First Set of Interrogatories and Plaintiff's First Request for Production of Documents. Plaintiff states that, even though he submitted the interrogatories and requests for documents to Defendant on or about October 16, 2019, he has not received any answers from Defendant. (Id.)

///

///

1

Defendant's response to Plaintiff's motion for an order compelling discovery was due on or before January 2, 2020. However, to date, Defendant has not filed an opposition, or a statement of non-opposition, to Plaintiff's motion for an order compelling discovery.

In this case, the Court finds that it is appropriate to require Defendant to file a response to Plaintiff's motion for an order compelling discovery. Accordingly, it is HEREBY ORDERED that, within **fourteen (14) days** from the date of service of this order, Defendant shall file a response to Plaintiff's motion for an order compelling discovery, (ECF No. 49). Plaintiff should not file any reply to Defendant's response absent further order from this Court.

IT IS SO ORDERED.

Dated: **January 10, 2020**

UNITED STATES MAGISTRATE JUDGE