# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAUDE CARR,<br><br>    Plaintiff,<br><br>v.<br><br>TED PRUITT,<br><br>    Defendant. | Case No. 1:17-cv-01769-DAD-SAB (PC)<br><br>ORDER GRANTING DEFENDANT'S MOTION TO MODIFY THE DISCOVERY AND SCHEDULING ORDER<br><br>(ECF No. 54) |

Claude Carr ("Plaintiff") is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

Currently before the Court is Defendant's motion to modify the discovery and scheduling order, filed March 24, 2020.

Good cause having been presented, it is HEREBY ORDERED that the discovery deadline is extended to June 23, 2020, and the dispositive motion deadline is extended to September 2, 2020. All other provisions of the Court's May 23, 2019, discovery and scheduling order remain in full force and effect.

IT IS SO ORDERED.

Dated: **March 24, 2020**

UNITED STATES MAGISTRATE JUDGE

1