1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAUDE CARR, | Case No. 1:17-cv-01769-DAD-SAB (PC) |
| Plaintiff, | ORDER DIRECTING DEFENDANTS TO FILE AN OPPOSITION OR STATEMENT OF NON-OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |
| v. | |
| TED PRUITT, | (ECF No. 56) |
| Defendant. | |

Claude Carr ("Plaintiff") is appearing *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

On April 17, 2020, Plaintiff filed a motion for summary judgment.  Defendant has not filed an opposition or statement of non-opposition to Plaintiff's motion.

In cases in which one party is incarcerated and proceeding without counsel, motions ordinarily are submitted on the record without oral argument. Local Rule 230(*l*). "Opposition, if any, to the granting of the motion shall be served and filed by the responding party not more than twenty-one (21), days after the date of service of the motion." Id. A responding party's failure "to file an opposition or to file a statement of no opposition may be deemed a waiver of any opposition to the granting of the motion and may result in the imposition of sanctions." Id.

///
///

1

Furthermore, a party's failure to comply with any order or with the Local Rules "may be grounds for imposition by the Court of any and all sanctions authorized by statute or Rule or within the inherent power of the Court." Local Rule 110.

Based on the foregoing, it is HEREBY ORDERED that within **fourteen (14)** days from the date of service of this order, Defendant shall file a statement of opposition or non-opposition to Plaintiff's motion, and the failure to comply with this order may result in the imposition of sanctions.

IT IS SO ORDERED.

Dated:   **May 11, 2020**

UNITED STATES MAGISTRATE JUDGE