# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAUDE CARR,<br><br>           Plaintiff,<br><br>     v.<br><br>TED PRUITT,<br><br>           Defendant. | Case No. 1:17-cv-01769-DAD-SAB (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION TO COMPEL WITHOUT PREJUDICE<br><br>(ECF No. 60)<br><br>FOURTEEN DAY DEADLINE |

Claude Carr ("Plaintiff") is appearing *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.  On May 22, 2020, Plaintiff filed a motion to compel discovery.

Plaintiff's motion to compel alleges that he submitted interrogatories and requests for production of documents to Defendant and did not receive complete responses.  While Plaintiff identifies the specific interrogatories and requests for production that he seeks further response to, he fails to address why the interrogatories or production responses are deficient.  A motion to compel must be accompanied by a copy of Plaintiff's discovery requests at **issue and a copy of Defendant's responses to the discovery requests**.  Here, Plaintiff did not provide a copy of Defendant's responses.

Further, as the moving party, Plaintiff bears the burden of informing the Court which discovery requests are the subject of his motion to compel and, for each disputed response, why

Defendant's objection is not justified. Plaintiff may not simply assert that he has served discovery requests, that he is dissatisfied, and that he wants an order compelling responses. The Court shall deny Plaintiff's motion on the ground that it is procedurally deficient. The denial will be without prejudice to curing the deficiencies and re-filing the motion, within fourteen days.

Plaintiff is advised that discovery in this matter is set to close on June 23, 2020 and pursuant to the discovery and scheduling order, "[t]he deadline for the completion of all discovery, including filing all motions to compel discovery" the discovery deadline. (Discovery and Scheduling Order, ¶ 7, ECF No. 30.) Discovery motions that are filed after the discovery deadline will not be considered absent good cause. (Id.)

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion to compel discovery, filed May 22, 2020, is DENIED WITHOUT PREJUDICE as procedurally deficient; and

2. Plaintiff may file a motion to compel within fourteen (14) days of the date of service of this order.

IT IS SO ORDERED.

Dated: **May 27, 2020**

UNITED STATES MAGISTRATE JUDGE