# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAUDE CARR,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TED PRUITT,<br><br>　　　　　Defendant. | Case No. 1:17-cv-01769-DAD-SAB (PC)<br><br>ORDER GRANTING DEFENDANT'S SECOND MOTION TO EXTEND THE DISCOVERY AND DISPOSITIVE MOTION DEADLINES<br><br>[ECF No. 64] |

　　　　Plaintiff Claude Carr is appearing *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　　Currently before the Court is Defendant's second motion to extend the discovery and dispositive motion deadlines, filed June 18, 2020.

　　　　Good cause having been presented, it is HEREBY ORDERED that the discovery deadline is extended to September 23, 2020, and the dispositive motion deadline is extended to December 2, 2020.

IT IS SO ORDERED.

Dated:　**June 19, 2020**

　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1