UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAUDE CARR,<br><br>                    Plaintiff,<br><br>         v.<br><br>TED PRUITT,<br><br>                    Defendant. | No. 1:17-cv-01769-DAD-SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. No. 59) |

Plaintiff Claude Carr is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 20, 2020, the assigned magistrate judge issued findings and recommendations, recommending that plaintiff's motion for summary judgment (Doc. No. 56) be denied without prejudice to its refiling.  (Doc. No. 59.)  Specifically, the magistrate judge found that because "Defendant has not had a sufficient opportunity to discovery information essential to his opposition, Plaintiff's motion for summary judgment should be denied, without prejudice, as premature."  (*Id.* at 4.)  The findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed with twenty-one (21) days.  (*Id.*)  Plaintiff has not filed any objections and the time in which to do so has since passed.

/////

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly:

1. The findings and recommendations issued May 20, 2020 (Doc. No. 59) are adopted in full; and
2. Plaintiff's motion for summary judgment (Doc. No. 56) is denied as premature without prejudice to its refiling following the passage of sufficient time for discovery to be conducted.

IT IS SO ORDERED.

Dated:   **June 25, 2020**   _____
UNITED STATES DISTRICT JUDGE