**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CLAUDE CARR,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TED PRUITT,<br><br>　　　　　Defendant. | Case No. 1:17-cv-01769-DAD-SAB (PC)<br><br>ORDER GRANTING DEFENDANT'S FOURTH MOTION TO EXTEND THE DISPOSITIVE MOTION DEADLINE<br><br>(ECF No. 76) |

　　　　Plaintiff Claude Carr is appearing *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　　Currently before the Court is Defendant's fourth motion to extend the dispositive motion deadline, filed February 2, 2021.

　　　　Good cause having been presented, it is HEREBY ORDERED that the dispositive motion deadline is extended to February 9, 2021.

IT IS SO ORDERED.

Dated: __**February 2, 2021**__　　　　　　　　　　　／s／

　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1