# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAUDE CARR,<br><br>        Plaintiff,<br><br>    v.<br><br>TED PRUITT,<br><br>        Defendant. | Case No. 1:17-cv-01769-DAD-SAB (PC)<br><br>ORDER GRANTING DEFENDANT'S MOTION TO EXTEND THE TIME TO FILE A REPLY<br><br>(ECF No. 82) |

Claude Carr ("Plaintiff") is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

Currently before the Court is Defendant's motion to extend the time to file a reply to Plaintiff's opposition, filed March 15, 2021.

Good cause having been presented, it is HEREBY ORDERED that Defendant is granted until March 19, 2021 to file a reply to Plaintiff's opposition.

IT IS SO ORDERED.

Dated: **March 16, 2021**

UNITED STATES MAGISTRATE JUDGE

1