# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAUDE CARR,<br><br>          Plaintiff,<br><br>    v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,<br><br>          Defendants. | Case No. 1:17-cv-01769-DAD-SAB<br><br>ORDER DIRECTING CLERK OF COURT TO CLOSE CASE AND ADJUST DOCKET TO REFLECT VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)<br><br>(ECF No. 95) |

      On December 20, 2021, the parties filed a joint stipulation dismissing this action with prejudice and with each party to bear its own costs and fees. (ECF No. 95.) In light of the stipulation of the parties pursuant to Federal Rule of Civil Procedure 41(a), this action is terminated by operation of law, Fed. R. Civ. P. 41(a)(1)(A)(ii); <u>Wilson v. City of San Jose</u>, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice and without an award of costs of attorneys' fees.

/ / /

/ / /

/ / /

/ / /

1

1      Accordingly, the Clerk of the Court is HEREBY ORDERED to CLOSE the file in this case
2 and adjust the docket to reflect voluntary dismissal of this action pursuant to Rule 41(a).

3

4 IT IS SO ORDERED.

5 Dated:   **December 21, 2021**                                      
                                          UNITED STATES MAGISTRATE JUDGE

2